UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NOEL NUNN, | Case No. 3:24-cv-00064-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SPECIAL PUBLIC DEFENDERS OFFICE, | |
| Defendant. | |

*Pro se* Plaintiff Noel Nunn filed a civil rights complaint. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 4), recommending that the Court dismiss this action for Nunn's failure to pay the filing fee or file a fully complete IFP application in compliance with this Court's February 8, 2024 order (ECF No. 3). Nunn had until March 28, 2024 to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Baldwin recommends dismissing this action because Nunn has failed to timely comply with the Court's prior order to either submit an IFP application or pay the full filing fee, and the relevant factors weigh in favor of dismissal. (ECF No. 4 at 1-2.) The Court agrees with

---

[1]The R&R was returned as undeliverable. (ECF No. 5.) However, it is Nunn's responsibility to file notification of any change of mailing address. *See* LR IA 3-1.

Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of April 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE